DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

21 AUGUST 2015

| 102P13-2 | State v. Charles Anthony Ball | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Henderson County | 1. Dismissed |
|---|---|---|---|
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as moot |
| | | 4. Def's *Pro Se* Motion for Change of Venue | 4. Dismissed |
| | | 5. Def's *Pro Se* Motion for Court to Provide Expert Witness and/or Investigator | 5. Dismissed |
| | | 6. Def's *Pro Se* Motion to Suppress | 6. Dismissed |
| | | 7. Def's *Pro Se* Motion Seeking Release of Exculpatory Evidence | 7. Dismissed |
| 102P15 | State v. Joshua Wilford Houser | Def's PDR Under N.C.G.S. § 7A-31 (COA14-973) | Denied |
| 108PA14-2 | Duke Energy Carolinas, LLC v. Gray, et al. | Motion for Extension of Time to File Briefs | Allowed **08/07/2015** |
| 112A15 | Dana Marie Ribelin (f/k/a Creel) v. Phillip Ray Creel | 1. Plt's Notice of Appeal Based Upon a Dissent (COA14-643) | 1. — |
| | | 2. Plt's PDR as to Additional Issues | 2. Allowed |
| | | 3. Plt's Motion to Accept Corrected Certificate of Filing and Service | 3. Dismissed as moot |
| | | 4. Plt's Motion to Deem Notice of Appeal and PDR Timely Filed | 4. Dismissed as moot |
| | | 5. Plt's Amended Motion to Accept Corrected Certificate of Filing and Service | 5. Allowed |
| | | 6. Plt's Amended Motion to Deem Notice of Appeal and PDR Timely Filed | 6. Allowed |
| | | 7. Plt's Petition for *Writ of Certiorari* to Review Decision of COA | 7. Dismissed as moot |
| | | 8. Plt's Motion to Amend Petition for *Writ of Certiorari* and Amended Motion to Deem Timely Filed to Replace COA Opinion | 8. Allowed |
| 113A15 | Patrick L. McCrory, et al. v. Philip E. Berger, et al. | Arch T. Allen III's Motion for Leave to File *Amicus* Brief | Allowed **06/29/2015** |